UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55245-004

UNITED STATES OF AMERICA    )
                Plaintiff    )    Case Number: CR 00-4057-Snow
                             )    REPORT COMMENCING CRIMINAL
         -vs-                )              ACTION
                             )
HOWARD IAN SILVERA           )
                Defendant

FILED by _____ D.C.
MAR 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 3-17-00          am/pm

(2)  Language Spoken:  ENGLISH

(3)  Offense (s) Charged: BANK FRAUD COUNTERFEIT CHECKS

(4)  U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5)  Date of Birth: 7-14-78

(6)  Type of Charging Document:  (check one)
     [ ] Indictment  [X] Complaint  To be filed/Already filed
     Case#    TO BE FILED  00-4057-SNOW

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:    SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] Yes [ ] No

Amount of Bond: $  PTD
Who set Bond:    SNOW

(7)  Remarks:

(8)  Date: _____    (9) Arresting Officer: ANN SAUNDERS
                                                 KENT HUKILL
(10) Agency: FBI              (11) Phone:

(12) Comments: