COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HOWARD IAN SILVERA (J)          CASE NO: 00-4057-SNOW
AUSA: MATTHEW MENCHEL/Mitrani          ATTY:
AGENT: FBI                             VIOL: BANK FRAUD
PROCEEDING I/A ON COMPLAINT            RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no             COUNSEL APPOINTED
       BOND SET @
       SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Advised of charges - sworn for counsel

CJA counsel to be appointed

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          (PTD) BOND HRG:    3-24      10     LSS
                          PRELIM/ARRAIGN:    3-30      11     LSS
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3-20-00   Time 11:00    FTL/LSS
                              TAPE #00-  016   Begin: 206   End: 615

*Filed by ___ D.C. MAR 20 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*