COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HOWARD IAN SILVERA (J)          CASE NO: 00-4057-SNOW
AUSA: BERTHA MITRANI                   ATTY: TOM ALMON
AGENT: _____                 VIOL: _____
PROCEEDING PTD HEARING                 RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no             COUNSEL APPOINTED

BOND SET @ $75,000.00 - Personal Surety
SPECIAL CONDITIONS: w/ 10% deposited w/ Clerk of Court Registry

1) To be cosigned by:
2) Rpt to PTS  3  x's a wk/month by phone;  1  x's a wk/month in person
3) Travel extended to:

NEXT COURT APPEARANCE:     INQUIRY RE COUNSEL:
                           PTD/BOND HRG:
                           PRELIM/ARRAIGN: April 7, 2000 @ 9:30 a.m.
                           REMOVAL HRG:
                           STATUS CONF:

Date: 3/24/00   Time 10:00   FTL/LSS TAPE #00- 017   Begin: 933   End: 1251