UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE CASE NO: 00-M4057-SNOW

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

HOWARD SILVERA,

    *Defendant.*

_____/

## SUBSTITUTION OF COUNSEL

1.   Sharon J. Cohen, Esq. hereby substitutes as attorney of record on behalf of the

Defendant, HOWARD SILVERA, for Thomas Almon, 321 N.E. 26th Street, Miami, Florida

33137, Specially Appointed Public Defender.

2   Henceforth, the Defendant, HOWARD SILVERA, shall be represented by

Sharon J. Cohen, P.A. and all pleadings and other matters regarding the above-styled

cause shall be furnished to her at The Law Offices of Sharon J. Cohen, 1507 Northwest 14

Street, Miami, Florida 33125.

Respectfully Submitted,

THE LAW OFFICES OF:
SHARON J. COHEN, P.A.
1507 Northwest 14 Street
Miami, Florida 33125
Telephone: (305) 324-0547
Fax:    (305) 324-6413

By:_____
    SHARON J. COHEN, P.A.
    Attorney for the Defendant
    Florida Bar No.: 90859

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this

_3_ day of April, 2000, to: Bertha Mitrani, Esq., THE OFFICE OF THE UNITED STATES

ATTORNEY, 500 East Broward Boulevard, Fort Lauderdale, Florida.

SHARON J. COHEN