UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE CASE NO:   00-M4057-SNOW

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

HOWARD SILVERA,

    *Defendant.*

_____/

### NOTICE OF APPEARANCE

Please take notice that Sharon J. Cohen, Esq. enters her appearance on behalf of the defendant, . The Clerk of this court and the United States of America are requested to send copies of all court notices, pleadings, and other documents pertaining to this cause to the undersigned.

SHARON J. COHEN, P.A.
1507 N.W. 14TH Street
Miami, Florida 33125
Tel: (305) 324-0547
Fax: (305) 324-6413

SHARON J. COHEN
FLORIDA BAR N° 90859

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was furnished to the Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394, on this 3rd day of April, 2000.

SHARON J. COHEN