UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE CASE NO:   ~~00-M4057-SNOW~~   00-6087 CR WJP

UNITED STATES OF AMERICA,

   Plaintiff,

v.

HOWARD SILVERA,

   Defendant.

_____/

## NOTICE OF FILING

PLEASE NOTE THE FILING of the attached original Assignment of Cash Bond to Third Party to be incorporated and made part of the court file in this cause.

Respectfully Submitted,

THE LAW OFFICES OF:
SHARON J. COHEN, P.A.
1507 Northwest 14 Street
Miami, Florida 33125
Telephone: (305) 324-0547
Fax:         (305) 324-6413

By: _____
SHARON J. COHEN, P.A.
Attorney for the Defendant
Florida Bar No.: 90859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 3 day of April, 2000, to: Bertha Mitrani, Esq., THE OFFICE OF THE UNITED STATES ATTORNEY, 500 East Broward Boulevard, Fort Lauderdale, Florida.

_____
SHARON J. COHEN

1