UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Mag. Case No.: 00-6087-CR-W0P ~~00-M4057-SNOW~~

**HOWARD SILVERA,**

    Defendant,
_____/

**ASSIGNMENT OF CASH BOND TO THIRD PARTY**

    I, HANNAH M. LINTON, agree that the money heretofore personally deposited by me in the sum of Seven Thousand Five Hundred Dollars ($7,500.00), as bail for the appearance of HOWARD SILVERA, before the United States District Court for the Southern District of Florida, is hereby assigned to SHARON J. COHEN, P.A., whose address is 1507 Northwest 14 Street, Miami, Florida 33125, as payment for legal services rendered.

    I, specifically authorize and direct the Clerk of the United States District Court for the Southern District of Florida to pay SHARON J. COHEN, P.A., the sum of Seven Thousand Five Hundred Dollars ($7,500.00 ).

_____
HANNAH M. LINTON, Depositor

State of Florida,
County of Miami-Dade,

    The foregoing instrument was acknowledged before me this __30__ day of March, 2000 by HANNAH M. LINTON.

__✓__ Personally Known or ____ Produced Identification

Type of Identification Produced: _____

Notary Public: _____

ANTHONY E. BLOWE
MY COMMISSION # CC 747023
EXPIRES: June 1, 2002
Bonded Thru Notary Public Underwriters

Commission Expires: