UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~00-M4057-SNOW~~

00-6087-CR-WDF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                           MOTION FOR LEAVE TO WITHDRAW
                                                                 AS COUNSEL

HOWARD SILVERA,

    Defendant.
_____/

    COMES NOW the undersigned and hereby files this his Motion for Leave to Withdraw as follows:

1.

    On March 21, 2000, the undersigned was appointed to represent the above named Defendant. The Defendant has retained counsel and the undersigned has received copies of the Notice of Appearance and Motion for Substitution of Counsel from Sharon J. Cohen on behalf of the Defendant. (See Attached)

    WHEREFORE, the undersigned prays that this Court enter an Order discharging him from further responsibilities in the case.



Respectfully submitted,

_____
THOMAS F. ALMON
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
Fla. Bar No. 153850
Tel: (305) 576-8568
Fax: (305) 573-6251

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the Assistant United States Attorney Bertha Mitrani, 500 East Broward, Fort Lauderdale, Florida 33394, this 3 day of April, 2000.

_____
THOMAS F. ALMON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE CASE NO:   00-M4057-SNOW

UNITED STATES OF AMERICA,

    *Plaintiff,*

v

HOWARD SILVERA,

    *Defendant.*

_____/

### NOTICE OF APPEARANCE

Please take notice that Sharon J. Cohen, Esq. enters her appearance on behalf of the defendant, . The Clerk of this court and the United States of America are requested to send copies of all court notices, pleadings, and other documents pertaining to this cause to the undersigned.

                              SHARON J. COHEN, P.A.
                              1507 N.W. 14TH Street
                              Miami, Florida 33125
                              Tel: (305) 324-0547
                              Fax: (305) 324-6413

                              SHARON J. COHEN
                              FLORIDA BAR N° 90859

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above was furnished to the Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394, on this _3rd_ day of April, 2000.

                              SHARON J. COHEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE CASE NO: 00-M4057-SNOW

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

HOWARD SILVERA,

    *Defendant.*

_____/

## SUBSTITUTION OF COUNSEL

1. Sharon J. Cohen, Esq. hereby substitutes as attorney of record on behalf of the Defendant, HOWARD SILVERA, for Thomas Almon, 321 N.E. 26th Street, Miami, Florida 33137, Specially Appointed Public Defender.

2. Henceforth, the Defendant, HOWARD SILVERA, shall be represented by Sharon J. Cohen, P.A. and all pleadings and other matters regarding the above-styled cause shall be furnished to her at The Law Offices of Sharon J. Cohen, 1507 Northwest 14 Street, Miami, Florida 33125.

    Respectfully Submitted,

    THE LAW OFFICES OF:
    SHARON J. COHEN, P.A.
    1507 Northwest 14 Street
    Miami, Florida 33125
    Telephone: (305) 324-0547
    Fax: (305) 324-6413

    By _____
    SHARON J. COHEN, P.A.
    Attorney for the Defendant
    Florida Bar No.: 90859

1