UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-FERGUSON

UNITED STATES OF AMERICA

vs

HOWARD IAN SILVERA

ARRAIGNMENT INFORMATION SHEET

FILED by APR - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

   The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ON BOND FORM

                     Telephone:

DEFENSE COUNSEL:     Name:    SHARON COHEN, ESQ.

                     Address:

                     Telephone:

BOND SET/CONTINUED:   $

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this  7TH  day of  APRIL  ,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: [signature]
                                  Deputy Clerk
                              Tape No.  00- 020

cc: Copy for Judge
    U. S. Attorney