UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6087-CR-FERGUSON

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

HOWARD SILVERA, et al.,   :

    Defendants.   :

FILED by ___ D.C.
APR - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE is before the Court on counsel Thomas Almon's Motion to for Leave to Withdraw as Counsel for defendant **Howard Silvera** (filed April 5, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Thomas Almon, Esquire, is hereby released from any further duties in this cause, as Sharon Cohen, Esquire, has filed a notice of appearance.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of April, 2000.

                                        LURANA S. SNOW
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FTL)
Sharon Cohen, Esq.
AFPD Sam Smargon (FTL)
Thomas Alomon, Esq.

