# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HOWARD IAN SILVERA (B)  CASE NO: 00-6087-CR-FERGUSON
AUSA: BERTHA MITRANI _pres_  ATTY: SHARON COHEN _pres_
AGENT:  VIOL:
PROCEEDING ARRAIGNMENT  RECOMMENDED BOND
BOND HEARING HELD - yes/no  COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

FILED by _____ D.C.
APR - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

    PTD/BOND HRG:

    PRELIM/ARRAIGN:

    REMOVAL HRG:

    STATUS CONF:   4-24    11    BSS

Date: 4/7/00    Time: 9:30    FTL/LSS TAPE #00-    Begin: 3051    End:

23