# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**DEFT:** Howard Silvera (B)     **CASE NO:** 00-6087-CR-Ferguson (s)

**AUSA:** Bertha Mitrani /Rosenbaum/     **ATTNY:** Sharon Cohen *present*

**AGENT:**     **VIOL:**

**PROCEEDING:** Arraignment on SS Indictment     **BOND REC:**

**BOND HEARING HELD** - yes/no     **COUNSEL APPOINTED:**

___ **BOND SET @**

**CO-SIGNATURES:**

**SPECIAL CONDITIONS:**

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

**NEXT COURT APPEARANCE:**    **DATE:**    **TIME:**    **JUDGE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGN. OR REMOVAL:**

**STATUS CONFERENCE:** already set for 4/24

**DATE:** 4-20-00    **TIME:** 11:00am    **TAPE #** 00-030    **PG #** 3

1999-2050

34