FILED by _____ D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-Ferguson

UNITED STATES OF AMERICA

vs

Howard Silvera                              ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-20-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address: SEE BOND

                    Telephone: _____

DEFENSE COUNSEL:    Name: Sharon Cohen

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED: $_____ Cont'd in custody

Bond hearing held: yes____ no____   Bond hearing set for_____

Dated this __20__ day of __April__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
    Deputy Clerk

Tape No. 00-030

cc: Clerk for Judge
    U. S. Attorney