UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

HOWARD IAN SILVERA,

        Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on April 24, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try. Finally, the Government proffered that its case will involve one audio tape, which is being transcribed and will be produced within the next one to two weeks.

2.    Defense counsel informed the Court that she just recently received the



Government's discovery response and, accordingly, is not yet ready to proceed to trial.

DATED at Fort Lauderdale, Florida this ___ day of April 2000.

_____
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Sharon Cohen, Esquire
Offices of Alexander Michaels
1507 NW 14th Street
Miami, Florida 33125-2611
Attorney for Defendant