UNITED STATES OF AMERICA,
            Plaintiff,

Vs.

HOWARD SILVERA,
CHETWOOD JOHNSON and
GLOSDEN S. LEBERT,
            Defendants.

_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00–6087-CR-FERGUSON

FILED by _____ D.C.

MAY 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, by the defendant, Golsden

Lebert, on May 8, 2000. The Court having considered the motion and advise of the government that it

does not oppose such a motion. Therefore, it is

    **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **June 05, 2000, and Calendar Call is**

**scheduled for 3:15 p.m. on Tuesday, May 30, 2000**, before the Honorable Wilkie D. Ferguson, Jr.,

United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward

Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the

defendant reasonable time necessary for effective preparation for trial outweighs any interest of the

public or the defendant in a speedy trial. The Court finds the period of delay from (5/08/00 to 6/05/00)

excludable in calculating the period within which trial must commence under the Speedy Trial Act. See,

18 U.S.C. Section 3161 (h)(B)(iv).

    **DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of May 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Bertha Mitrani, AUSA, Sharon Cohen, Esq, Samuel Smargon, AFPD and Sandra Mulgrav, Esq