UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-Ferguson

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

HOWARD SILVERA,

    *Defendant.*

_____/

### ORDER ON MOTION TO CHANGE DEFENDANT'S ADDRESS

THIS CAUSE having come on to be heard on the defendant's <u>ore tenus</u> Motion to Permit him to Change Address, and the Court having heard argument of counsel and being otherwise fully advised in the premises herein, it is hereby;

ORDERED AND ADJUDGED:

1.    The motion to permit HOWARD SILVERA to change his address is hereby granted.

2.    Mr. Silvera's new address of record is: 1490 Avon Lane; North Lauderdale, Florida 33068.

DONE AND ORDERED in open-court at Fort Lauderdale, Broward County, Florida this 12th day of July, 2000.

WILKIE FERGUSON
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:
Sharon J. Cohen, Esq.
Bertha Mitrani, Assistant United States Attorney
Pre-Trial Services

