SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 18 2000

CASE # 00-6087-CR-WDF

DEFENDANT Howard Silvera            JUDGE   WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER       DATE  September 15, 2000

Court Reporter  Paul Haferling      USPO  Tracey Webb

AUSA  Bertha Mitrani                Deft's Counsel  Sharon Cohen, Esq.

COUNTS DISMISSED    All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 6 | One |

Supervised Release  2 yrs. @ 5 months H.C.

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |

Comments _____

Assessment $ 100.00                 Fine $ ~~three~~ 1,500.00

Restitution /Other _____
CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 11/10/00

Commitment Recommendation:  That the defendant be incarcerated in a central or southern Fla. institution.

64