UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CR-Ferguson

MAGISTRATE CASE NO.: M00-4057 Snow

UNITED STATES OF AMERICA,

    Plaintiff,

HOWARD SILVERA,

    Defendant.
_____/

## MOTION TO RELEASE CASH BOND TO DEFENDANT'S ATTORNEY

COMES NOW, the defendant, HOWARD SILVERA, by and through his undersigned counsel and pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure and respectfully moves this Court to release a cash bond in the amount of seven thousand five hundred ($7,500.00) dollars to the undersigned and as grounds therefore avers the following:

1. On March 17, 2000, HOWARD SILVERA was arrested and charged with conspiracy to make, offer and possess counterfeit securities in violation of 18 USC § 371.

2. The Court set a personal surety bond in the amount of $75,000.00 with a 10% cash bond.

3. On March 24, 2000 the defendant's mother, Hannah Linton, deposited a cash bond in the amount of $7,500.00 in the court registry.

4. On March 30, 2000, Mrs. Linton, executed an Assignment of Cash Bond to Third Party, authorizing and directing the Clerk of the Court for the Southern District

of Florida to disburse the sum of $7,500.00, to the undersigned for services rendered. A copy of the Assignment of Cash Bond is attached hereto and made a part hereof as Exhibit I.

5.  The interest that has accrued on the monies in the registry since March 30, 2000 to date, shall be returned to the Depositor, Hannah Linton, Date of Birth: 07/27/58; Social Security Number: 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, residing at 6061 North Falls Circle Drive, Suite 112, Lauderhill, Florida 33319.

WHEREFORE, in light of the foregoing, it is respectfully requested that this Court return the cash bond in the amount of $7,500.00 to the undersigned and the interest that has accrued to the Depositor.

LAW OFFICES OF SHARON J. COHEN, P.A.
Florida Bar No.: 90859
1503 NW 14th Street
Miami, Florida 33125
Telephone: (305) 549-2042
Fax No.:    (305) 549-2043

SHARON J. COHEN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this ___15___ day of September, 2000.

Bertha Mitrani
United States Attorney
500 East Broward Blvd. 7th Floor
Ft. Lauderdale, Florida 33301.

SHARON J. COHEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Mag Case No : 00-M4057-SNOW

HOWARD SILVERA,

    Defendant,
_____/    ASSIGNMENT OF CASH BOND
                                  TO THIRD PARTY

I, HANNAH M. LINTON, agree that the money heretofore personally deposited by me in the sum of Seven Thousand Five Hundred Dollars ($7,500.00), as bail for the appearance of HOWARD SILVERA, before the United States District Court for the Southern District of Florida, is hereby assigned to SHARON J. COHEN, P.A., whose address is 1507 Northwest 14 Street, Miami, Florida 33125, as payment for legal services rendered.

I, specifically authorize and direct the Clerk of the United States District Court for the Southern District of Florida to pay SHARON J. COHEN, P.A., the sum of Seven Thousand Five Hundred Dollars ($7,500.00 ).

*Hannah M. Linton*
HANNAH M. LINTON, Depositor

State of Florida,
County of Miami-Dade,

The foregoing instrument was acknowledged before me this __30__ day of March, 2000 by HANNAH M. LINTON.

√ Personally Known or ____ Produced Identification

Type of Identification Produced: _____

*Anthony E. Blowe*
Notary Public

ANTHONY E. BLOWE
MY COMMISSION # CC 747023
EXPIRES: June 1, 2002
Bonded Thru Notary Public Underwriters

Commission Expires:

Exhibit 1