UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-Ferguson

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

HOWARD SILVERA,

    *Defendant.*
_____/

### MOTION TO STAY EXECUTION OF SENTENCE AND DEFER SURRENDER FOR NINETY DAYS

COMES NOW, the defendant, **HOWARD SILVERA**, by and through his undersigned counsel and moves this Court to enter an order to stay the execution of his sentence for ninety (90) days, and states as grounds:

1. On July 7, 2000, the defendant pled guilty to one count of conspiracy to make, utter and possess counterfeit and forged securities of an organization, in violation of 18 U.S.C. §371.

2. HOWARD SILVERA was sentenced by this Court on September 15, 2000, to five (5) months imprisonment, followed by five (5) months of Home Detention, and three (3) years probation.

3. Mr. Silvera is scheduled to surrender to the custody of the Bureau of Prisons on November 10, 2000.

4. Mr. Silvera requests that this Court enter an order granting a ninety (90) day deferment of surrender until February 1, 2001.

5. The defendant was injured in an automobile accident in June, 2000, and has been undergoing treatment and physical therapy since that time. His doctor has advised undersigned counsel via a letter that his rehabilitation continues to



be ongoing until December 31, 2000. A copy of the letter from the Stanger Health Care Centers is attached hereto as Exhibit 1.

6. In addition, Mr. Silvera is involved in five (5) real estate transactions which are scheduled to close by January 31, 2001. In a letter from Dale V.C. Holeness, Mr. Silvera's employer, Mr. Holeness indicates that the defendant's participation in these closings is crucial, and without Mr. Silvera's involvement, these transactions may not close. A copy of Mr. Holeness' letter is attached hereto as Exhibit 2.

7. Undersigned counsel has contacted Bertha Mitrani, AUSA, with regard to this matter, and Ms. Mitrani takes no position to this motion

WHEREFORE, in light of the foregoing, it is respectfully requested that this court grant the defendant's motion to defer surrender for ninety (90) days.

Respectfully Submitted,

SHARON J. COHEN, P.A.
1503 N.W. 14th Street
Miami, Florida 33125
Tele: (305) 549-2042
Fax: (305) 549-2043

SHARON J. COHEN
Florida Bar No: 0090859

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 16th day of October, 2000, to:

Bertha Mitrani
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, Florida 33394-3002

Tracy Webb
United States Probation Officer
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301-1168

SHARON J. COHEN



# STANGER HEALTH CARE CENTERS
## "The Injury Specialists"

DISABILITY SLIP

Date: 10-12-00

To Whom it May Concern:

Howard Silvera is a patient in this office with a spinal structure disorder. I have made the following recommendations:

( ) Patient was examined in our office today.
( ) Patient should stay totally off work until_____.
( ) Patient may return to full duties on_____.
( ) Patient will miss school until_____.
( ) Patient is restricted to light duty until_____.
     (restrictions listed below)

PATIENT SHOULD NOT PERFORM ANY OF THE FOLLOWING:

( ) lifting
( ) lifting over 25 lbs.
( ) repeated bending or stooping
( ) sitting for extended periods (10-15 minute break every hour)
( ) reaching above the head
( ) typing or computer work
( ) extended standing in one place (10-15 minute break every hour)
( ) walking

Patient's structural disorder prohibits any sitting or altitude changes, so air travel is not recommended until_____.

He will be participating in an injury rehabilitation program until 12-31-00 to help him recover from injuries from his Automobile Accident.

IF FURTHER INFORMATION IS NEEDED
PLEASE CONTACT OUR OFFICE LISTED BELOW:
THANK YOU,

*[signature]* DC.
Kevin Lopez, DC.

Exhibit 1

N. University Drive • Tamarac, FL 33321 • /9



**ERA All Broward Realty, Inc.**

Always There For You℠

To The Honorable Judge Wilkie D. Ferguson Jr;

Howard Silvera is employed by ERA All Broward Realty. He is intricately involved in five real estate transactions which are scheduled to close by January 31, 2001. If he is absent prior to these files being closed there may be tremendous difficulty in keeping them together, and a strong possibility that they may not close at all. This would cause financial hardship to our company and Mr. Silvera. We are hereby requesting an extension until the end of January for his self surrender allowing enough time for these transactions to be completed. Thank you for your kind consideration.

Sincerely,

Dale V. C. Holeness,
President/CEO.

Exhibit 2

4325 W Sunrise Blvd • Plantation, FL 33313
Office (954) 587-7777 • Fax: (954) 587-9381

Each ERA Office is Independently Owned and Operated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-Ferguson

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

HOWARD SILVERA,

    *Defendant.*
_____/

### ORDER ON MOTION TO STAY EXECUTION OF SENTENCE AND DEFER SURRENDER FOR NINETY DAYS

THIS CAUSE having come on to be heard on the defendant, **HOWARD SILVERA**'s Motion to Stay Execution of Sentence and Defer Surrender for Ninety Days, and the court having reviewed the motion, and being otherwise fully advised in the premises herein, it is hereby;

**ORDERED AND ADJUDGED:**

1. That the motion to stay execution of sentence and defer surrender for ninety days is **GRANTED/DENIED.**

2. That the date for the defendant to surrender to the custody of the Bureau of Prisons is _____.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida this _____ day of _____, 2000.

                                    _____
                                    THE HONORABLE WILKIE D. FERGUSON
                                    Judge of the United States District Court

Copies Furnished:
Sharon J. Cohen, Esq.
Bertha Mitrani, Esq.