UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

OCT 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

        Plaintiff,      CASE NO.: 00-6087-CR-Ferguson

HOWARD SILVERA,      MAGISTRATE CASE NO.: M00-4057 Snow

        Defendant.      **ORDER RELEASING CASH BOND**
_____/

THIS CAUSE having come before this Court on Defendant's Motion to Release Cash Bond, and the Court having reviewed the file and being fully advised in the Premises, it is hereupon.

**ORDERED AND ADJUDGED** that the Clerk of this Court pay out of the registry of this Court to <u>SHARON J. COHEN</u>, EIN #: 65-0585897, SSN: 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, the amount of Seven Thousand Five Hundred ($7,500.00) Dollars, less clerk's fees, if any.

Any interest that has accrued on the monies in the registry to date, shall be returned to the Depositor, Hannah Linton, Date of Birth: <u>07/27/58</u>; Social Security Number: <u>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</u>, residing at 6061 North Falls Circle Drive, Suite 112, Lauderhill, Florida 33319.

DONE AND ORDERED in Miami, Florida this 24th day of October, 2000.

_____
WILKIE D. FERGUSON
District Court Judge

Copies furnished:

Bertha Mitrani, A.U.S.A.
Sharon J. Cohen, P.A.

