UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-Ferguson

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD SILVERA,

    Defendant



*It is ORDERED that this Motion is hereby DENIED, THE SURRENDER DATE IS CHANGED TO 11/13/00.*
*WILKIE D. FERGUSON, JR.*
*Date 11/8/00*



## MOTION TO STAY EXECUTION OF SENTENCE AND DEFER SURRENDER FOR NINETY DAYS

COMES NOW, the defendant, HOWARD SILVERA, by and through his undersigned counsel and moves this Court to enter an order to stay the execution of his sentence for ninety (90) days, and states as grounds:

1. On July 7, 2000, the defendant pled guilty to one count of conspiracy to make, utter and possess counterfeit and forged securities of an organization, in violation of 18 U.S.C. §371.

2. HOWARD SILVERA was sentenced by this Court on September 15, 2000, to five (5) months imprisonment, followed by five (5) months of Home Detention, and three (3) years probation.

3. Mr. Silvera is scheduled to surrender to the custody of the Bureau of Prisons on November 10, 2000.

4. Mr. Silvera requests that this Court enter an order granting a ninety (90) day deferment of surrender until February 1, 2001.

5. The defendant was injured in an automobile accident in June, 2000, and has been undergoing treatment and physical therapy since that time. His doctor has advised undersigned counsel via a letter that his rehabilitation continues to

