AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| HOWARD SILVERA, (J) 55254-004 | Case Number: 0:00CR06087-001 |
| | Bertha Mitrani, AUSA / Sharon J. Cohen, Esq |
| **THE DEFENDANT:** | Defendant's Attorney |

- [X] pleaded guilty to count(s) __One of the Indictment__
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to make, utter and possess counterfeit and forged securities of an organization. | 03/17/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [X] The defendant has been found not guilty on count(s) __N/A__
- [X] Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 09/15/2000 |
| Defendant's Date of Birth: 07/14/1978 | Date of Imposition of Judgment |
| Defendant's USM No.: ~~55254-004~~ 55245-004 | [signature] |
| Defendant's Residence Address: | |
| 1490 Avon Lane | Signature of Judicial Officer |
| Apt 1318 | **WILKIE D. FERGUSON, JR.,** |
| North Lauderdale    FL    33068 | **UNITED STATES DISTRICT JUDGE** |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | 9/20/00 |
| 1490 Avon Lane | Date |
| Apt 1318 | |
| North Lauderdale    33068 | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/20/00

DEFENDANT: HOWARD SILVERA, (J) 55254-004
CASE NUMBER: 0:00CR06087-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    5    month(s)    .

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant is incarcerated at an institution in Central or Southern Florida.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2 p.m. on     11/10/2000     .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant Surrendered on 11-13-2000 to FCC Coleman - Low at Coleman, FL, with a certified copy of this judgment.

R.D. Swope, Warden
~~UNITED STATES MARSHAL~~

By M. Andinkes, LIE
~~Deputy U.S. Marshal~~